# EXHIBIT LIST

United States v. Nikki Autry  
Judge William C. O'Kelley  
Plaintiff's Attorneys: William L. McKinnon, Jr.; Brent A. Gray; Mary L. Webb

Docket Number 2:15-CR-028-WCO  
Trial Date: 12/7/2015  
Defendant's Attorneys: Jeffrey H. Brickman; Michael J. Trost

| Exhibit Number | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 1 | 12/8/15 | | ADMITTED | Georgia Peace Officer Standards and Training Council's ("POST") *Data Report System: Individual Officer Profile* re: Mysti N. Autry |
| 2 | 12/8/15 | | ADMITTED | *NCIS Team Boot Camp* training guide **[BULK EXHIBIT]** |
| 3 | | | | Sign-in sheets, dated 4/23 – 4/25/13, re: courses at NCIS Team Boot Camp training |
| 4 | | | | Habersham County Sheriff's Office ["HCSO"] *Policies and Procedures Manual* Revised August 2013 **[CD]** |
| 4A | | | | HCSO General Order No. 1.02, *Oath of Office*, effective 1/2/12 |
| 4B | | | | HCSO General Order No. 4.11, *Authority, Arrests, Discretion*, effective 1/2/12 |
| 4C | | | | HCSO General Order No. 5.06, *Search & Seizure*, effective 1/2/12 |
| 4D | | | | HCSO General Order No. 5.07, *Warrants-Wanted Persons*, effective 1/2/12 |
| 4E | | | | HCSO General Order No. 5.11, *Confidential Informants*, effective 1/2/12 |
| 5 | | | | *Oath of Office*, executed by Nikki Autry on 12/27/12 |
| 6 | | | | Mountain Judicial Circuit Narcotics Criminal Investigation and Suppression Team ("NCIS") Policy Manual **[CD]** |
| 6A | | | | NCIS Policy P-404, *Search and Seizure*, effective 3/1/13 |
| 6B | | | | NCIS Policy P-418, *Use of Force*, effective 3/1/13 |
| 6C | | | | NCIS Policy P-506, *Confidential Informants*, effective 3/1/13 |
| 7 | 12/8/15 | | ADMITTED | Confidential Informant file re: James Alton Fry Jr. |

| Exhibit Number | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 8 | 12/9/15 | | ADMITTED | Photographs of 182 Lakeview Heights Circle, Cornelia, GA |
| 10 | 12/8/15 | | ADMITTED | Photograph of Graco playpen following 5/28/14 incident |
| 11 | 12/9/15 | | ADMITTED | Photographs of baby prior to 5/28/14 incident |
| 12 | 12/9/15 | | ADMITTED | Photographs of baby following 5/28/14 incident |
| 13 | 12/8/15 | | ADMITTED | *Affidavit and Application for a Search Warrant*, dated 5/28/14 |
| 14 | 12/8/15 | | ADMITTED | *Search Warrant*, dated 5/28/14 |
| 15 | | | | *State Warrant*, dated 5/28/15, re: arrest of Wanis Thonetheva |
| 16 | 12/8/15 | | ADMITTED | *Investigative Summary*, dated 5/27/14 [sic] |
| 17 | | | | *Receipt for Property* #22991, prepared 5/28/14 |
| 18 | | | | *Arrest/Booking Report*, dated 5/28/14, re: arrest of Wanis Thonetheva |
| 19 | 12/10/15 | | ADMITTED | CD of recorded interview with Nikki Autry on 6/4/14 |
| 19A | 12/10/15 | | ADMITTED | Transcript of recorded interview with Nikki Autry on 6/4/14 |
| 20 | 12/10/15 | | ADMITTED | CD of recorded interview with Nikki Autry on 6/23/14 |
| 20A | 12/10/15 | | ADMITTED | Transcript of recorded interview with Nikki Autry on 6/23/14 |
| 21 | | | | *Lantern Forensic Report*, prepared 6/5/14, re: Apple iPhone 5S, Serial #F2LM60SMFNJM **[CD]** |
| 21A | 12/9/15 | | ADMITTED | *Autry Text Messages between 5/27 (8 am) and 5/28/14 (7 pm)* |
| 22 | | | | Email, dated 6/6/14, from Suzanne Boykin to FBI SA Cindy Myers and GBI Agent Benjamin Couch re: [Fry] Emails with Autry |
| 23 | | | | *Investigative Summary*, unsigned and undated |
| 24 | | | | *Investigative Summary*, dated 5/28/14 |

13A - (NOT OFFERED)
21B - Text messages - ADMITTED (12/10/15)

Admitted exhibits returned to AUSA

WinLMSK

Received 12/11/15